IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IMMERSION CORPORATION, | Case No. 1:23-cv-00623 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| META PLATFORMS, INC. f/k/a FACEBOOK, INC., | |
| Defendant. | |

## NOTICE OF IPRS

Pursuant to Section X(4) of the Court's Order Governing Proceedings (Version 4.3), Plaintiff Immersion Corporation writes to inform the Court that Defendant Meta Platforms, Inc. has initiated *Inter Partes* Review proceedings challenging the validity of all six patents-in-suit, as follows:

| IPR No. | Patent-in-Suit | Filing Date Accorded |
|---|---|---|
| IPR2023-00942 | 8,469,806 | June 8, 2023 |
| IPR2023-00943 | 8,896,524 | June 8, 2023 |
| IPR2023-00944 | 10,269,222 | None as of this filing |
| IPR2023-00945 | 10,664,143 | June 8, 2023 |
| IPR2023-00946 | 9,727,217 | None as of this filing |
| IPR2023-00947 | 10,248,298 | None as of this filing |

At present, Immersion understands that the earliest an institution decision in any of the above-filed IPRs would be expected to issue from the PTAB is on or about December 8, 2023,

1

irrespective of any extensions taken by the Board. In the event that the PTAB determines to institute any of the above-listed IPR challenges, Immersion understands that the earliest a final written decision in any of the above-filed IPRs would be expected to issue from the PTAB would be on or about December 8, 2024, irrespective of any extensions taken by the Board.

Dated: June 8, 2023                                       Respectfully submitted,

/s/ Stefan Szpajda
Stefan Szpajda, WA Bar No. 50106
Cristofer I. Leffler, WA Bar No. 35020
David Schumann, CA Bar No. 223936
C. Maclain Wells, CA Bar No. 221609
Sam Kim, CA Bar No. 282582
Alexandra Fellowes, NY Bar No. 5015946
Palani P. Rathinasamy, CA Bar No. 269852
Cliff Win, Jr., CA Bar No. 270517
FOLIO LAW GROUP PLLC
1200 Westlake Ave. N., Suite 809
Seattle, WA 98109
Tel: (206) 880-1802
Email:
    stefan@foliolaw.com
    cris.leffler@foliolaw.com
    david.schumann@foliolaw.com
    maclain@foliolaw.com
    sam.kim@foliolaw.com
    alexandra.fellowes@foliolaw.com
    palani@foliolaw.com
    cliff.win@foliolaw.com

Joseph M. Abraham, TX Bar No. 24088879
Timothy F. Dewberry, TX Bar No. 24090074
FOLIO LAW GROUP PLLC
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: (737) 234-0201
Email: joseph.abraham@foliolaw.com
    timothy.dewberry@foliolaw.com

*Attorneys for Immersion Corporation.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Stefan Szpajda*
Stefan Szpajda