IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IMMERSION CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>META PLATFORMS, INC. f/k/a )<br>FACEBOOK, INC., )<br>)<br>Defendant. )<br>) | Case No. 1:23-cv-00623<br><br>**JURY TRIAL DEMANDED** |

# JOINT NOTICE OF CURRENT SCHEDULING ORDER

In response to chambers' June 1 email request, Plaintiff Immersion Corporation and Defendant Meta Platforms, Inc. file this Joint Notice reflecting the parties' mutual understanding of all current scheduling order deadlines that govern this case, attached hereto as Exhibit A. (Deadlines corresponding to past events are omitted.)

Dated: June 13, 2023                                        Respectfully submitted,

*/s/ Joseph M. Abraham*                          */s/ Phillip E. Morton*
Stefan Szpajda, WA Bar No. 50106              Phillip E. Morton
Cristofer I. Leffler, WA Bar No. 35020        COOLEY LLP
David Schumann, CA Bar No. 223936           1299 Pennsylvania Ave. NW, Suite 700
C. Maclain Wells, CA Bar No. 221609          Washington, DC 20004
Sam Kim, CA Bar No. 282582                     Telephone: (202) 842-7800
Alexandra Fellowes, NY Bar No. 5015946     Email: pmorton@cooley.com
Palani P. Rathinasamy, CA Bar No. 269852
Cliff Win, Jr., CA Bar No. 270517                Heidi L. Keefe
FOLIO LAW GROUP PLLC                              Dena Chen
1200 Westlake Ave. N., Suite 809                 Elizabeth L. Stameshkin
Seattle, WA 98109                                       Alexandra Leeper

1

Tel: (206) 880-1802  
Email:  
    stefan@foliolaw.com  
    cris.leffler@foliolaw.com  
    david.schumann@foliolaw.com  
    maclain@foliolaw.com  
    sam.kim@foliolaw.com  
    alexandra.fellowes@foliolaw.com  
    palani@foliolaw.com  
    cliff.win@foliolaw.com  

Joseph M. Abraham, TX Bar No. 24088879  
Timothy F. Dewberry, TX Bar No. 24090074  
FOLIO LAW GROUP PLLC  
13492 Research Blvd., Suite 120, No. 177  
Austin, TX 78750  
Tel: (737) 234-0201  
Email: joseph.abraham@foliolaw.com  
      timothy.dewberry@foliolaw.com  

*Attorneys for Immersion Corporation*

COOLEY LLP  
3175 Hanover Street  
Palo Alto, CA 94304  
Telephone: (650) 843-5000  
Email: hkeefe@cooley.com  
      dchen@cooley.com  
      lstameshkin@cooley.com  
      aleeper@cooley.com  

Deron R. Dacus  
THE DACUS FIRM, P.C.  
821 ESE Loop 323, Suite 430  
Tyler, TX 75701  
Telephone: (903) 705-1117  
Email: ddacus@dacusfirm.com  

*Attorneys for Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Joseph M. Abraham*
Joseph M. Abraham

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Immersion conferred with counsel for Meta regarding the subject of this notice, and this filing is agreed.

/s/ *Joseph M. Abraham*
Joseph M. Abraham

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IMMERSION CORPORATION, | ) | Case No. 1:23-cv-00623 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| META PLATFORMS, INC., F/K/A | ) | |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

| Deadline | Item |
|---|---|
| 7/28/23 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 8/7/23 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| 9/6/23 | Close of Fact Discovery |
| 9/13/23 | Opening Expert Reports |
| 10/11/23 | Rebuttal Expert Reports |
| 11/1/23 | Close of Expert Discovery |
| 11/8/23 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 11/15/23 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 11/29/23 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |

| Deadline | Item |
|---|---|
| 12/13/23 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 12/20/23 | Serve objections to rebuttal disclosures and File Motions *in limine*. |
| 12/22/23 | Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. |
| 1/3/24 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| 1/10/24 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 1/19/23 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 1/24/24 | Final Pretrial Conference. Held in person unless otherwise requested. |
| 2/20/24 | Jury Selection/Trial. The Court expects to set this date at the conclusion of the *Markman* Hearing. |