## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IMMERSION CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23-cv-00623-ADA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| META PLATFORMS, INC., F/K/A | ) | |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

Plaintiff Immersion Corporation ("Immersion") and Defendant Meta Platforms, Inc. ("Meta") (collectively the "Parties"), have met and conferred regarding the modification of certain pretrial deadlines. Most of the Parties' agreed modifications fall within the scope of the Court's Order regarding Joint or Unopposed Request to Change Deadlines, but three dates involve the Court, as follows: (1) the deadline for filing dispositive motions (the Parties propose to adjourn close of briefing by 29 days, in part to accommodate the year-end holidays), (2) filing of the Joint Pretrial Order (the Parties propose to adjourn by 14 days), and (3) the Pretrial Conference (the Parties propose to adjourn by approximately 9 days, subject to the Court's convenience).

The Parties do not seek these modifications for the purpose of delay. These extensions are sought to allow the Parties to mutually fulfill outstanding document, deposition, and third-party discovery obligations, based on written discovery requests tendered to date.

In addition, the Parties seek a brief adjournment of the Final Pretrial Conference set in this matter because Meta's lead trial counsel, Heidi Keefe, has a conflicting trial set in the District of Delaware.

The Parties thus respectfully request that the Court enter the proposed amended scheduling order, attached as Exhibit A.

Dated: August 23, 2023

Respectfully submitted,

/s/*Stefan Szpajda*
Stefan Szpajda, WA Bar No. 50106
Cristofer I. Leffler, WA Bar No. 35020
David Schumann, CA Bar No. 223936
C. Maclain Wells, CA Bar No. 221609
(Admission *pro hac vice* pending*)*
Sam Kim, CA Bar No. 282582
Palani Pradeep Rathinasamy, CA Bar No. 269852
Cliff Win, Jr., CA Bar No. 270517
Steven Skelley, WA Bar No. 53017
FOLIO LAW GROUP PLLC
1200 Westlake Ave. N., Suite 809
Seattle, WA 98109
Tel: (206) 880-1802
Email:
    stefan@foliolaw.com
    cris.leffler@foliolaw.com
    david.schumann@foliolaw.com
    maclain@foliolaw.com
    sam.kim@foliolaw.com
    palani@foliolaw.com
    cliff.win@foliolaw.com
    steve.skelley@foliolaw.com

Joseph M. Abraham, TX Bar No. 24088879
Timothy F. Dewberry, TX Bar No. 24090074
FOLIO LAW GROUP PLLC
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: (737) 234-0201
Email: joseph.abraham@foliolaw.com
    timothy.dewberry@foliolaw.com

*Attorneys for Immersion Corporation*

/s/*Heidi L. Keefe*
Heidi L. Keefe (CA Bar 178960)
Dena Chen (CA Bar 223989) (Admitted *pro hac vice*)
Elizabeth L. Stameshkin (CA Bar 260865) (Admitted *pro hac vice*)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Email:
hkeefe@cooley.com
dchen@cooley.com
lstameshkin@cooley.com

Phillip E. Morton (VA 71299) (Admitted *pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Email: pmorton@cooley.com

Deron R. Dacus (TX Bar #00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
ddacus@dacusfirm.com

*Attorneys for Defendant Meta Platforms, Inc.*

2

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on this the 23rd day of August, 2023 to all counsel of record who are

deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule

CV-5(b)(1).

*/s/Stefan Szpajda*
Stefan Szpajda

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IMMERSION CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23-cv-00623-ADA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| META PLATFORMS, INC., F/K/A | ) | |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**

| Prior Deadline | Deadline | Item |
|---|---|---|
| 9/6/23 | 10/06/23 | Close of Fact Discovery[1] |
| 9/13/23 | 10/13/23 | Opening Expert Reports |
| 10/11/23 | 11/10/23 | Rebuttal Expert Reports |
| 11/1/23 | 12/1/23 | Close of Expert Discovery |
| 11/8/23 | 12/3/23 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 11/15/23 | 12/7/2023 12/21/2023 (oppo) 1/4/2024 (reply) | Dispositive motion deadline and *Daubert* motion deadline.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 11/29/23 | 12/13/23 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 12/22/23 | 12/22/23 | Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. |

---

[1] As limited to discovery tendered to date; Parties may not serve further written discovery.

| Prior Deadline | Deadline | Item |
|---|---|---|
| 12/13/23 | 1/3/24 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 12/20/23 | 1/10/23 | Serve objections to rebuttal disclosures and File Motions *in limine*. |
| 1/10/24 | 1/10/24 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com |
| 1/3/24 | 1/17/24 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| 1/10/24 | 1/22/24 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 1/19/24 | 1/30/24 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 1/24/24 | 2/02/24 or week of 2/5/24, at the Court's convenience | Final Pretrial Conference. Held in person unless otherwise requested. |
| 2/20/24 | 2/20/24 | Jury Selection/Trial. |