IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IMMERSION CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23-cv-00623-ADA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| META PLATFORMS, INC., F/K/A | ) | |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

| Prior Deadline | Deadline | Item |
|---|---|---|
| 9/6/23 | 10/06/23 | Close of Fact Discovery[1] |
| 9/13/23 | 10/13/23 | Opening Expert Reports |
| 10/11/23 | 11/10/23 | Rebuttal Expert Reports |
| 11/1/23 | 12/1/23 | Close of Expert Discovery |
| 11/8/23 | 12/3/23 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 11/15/23 | 12/7/2023<br>12/21/2023 (oppo)<br>1/4/2024 (reply) | Dispositive motion deadline and *Daubert* motion deadline.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 11/29/23 | 12/13/23 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 12/22/23 | 12/22/23 | Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. |

---

[1] As limited to discovery tendered to date; Parties may not serve further written discovery.

| Prior Deadline | Deadline | Item |
|---|---|---|
| 12/13/23 | 1/3/24 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 12/20/23 | 1/10/23 | Serve objections to rebuttal disclosures and File Motions *in limine*. |
| 1/10/24 | 1/10/24 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com |
| 1/3/24 | 1/17/24 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| 1/10/24 | 1/22/24 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 1/19/24 | 1/30/24 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 1/24/24 | 2/02/24 or week of 2/5/24, at the Court's convenience | Final Pretrial Conference. Held in person unless otherwise requested. |
| 2/20/24 | 2/20/24 | Jury Selection/Trial. |