IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IMMERSION CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-00623-ADA ) ) **JURY TRIAL DEMANDED** |
| META PLATFORMS, INC., F/K/A FACEBOOK, INC., | ) ) ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT REGARDING SETTLEMENT STATUS**

Plaintiff Immersion Corporation and Defendant Meta Platforms, Inc. jointly informed the Court on January 16, 2024, that they had reached an agreement in principle to resolve the above-captioned matter and its related proceedings, and requested a stay of case deadlines. Dkt. No. 148. On January 17, 2024, the Court granted the parties' motion, and ordered the parties to either voluntarily dismiss the proceedings or provide a status update concerning the parties expected timing regarding the same by January 31, 2024.

The parties have been making progress in their negotiations, and expect to have a final agreement done by February 9, 2024. The parties respectfully request that the Court maintain the stay until such time to allow the parties to complete their negotiations and voluntarily dismiss the above-captioned matter and related proceedings.

Dated: January 31, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Stefan Szpajda | /s/ Philip E. Morton |
| Stefan Szpajda, WA Bar No. 50106 | Heidi L. Keefe (CA Bar 178960) |
| Cristofer I. Leffler, WA Bar No. 35020 | Dena Chen (CA Bar 223989) (Admitted *pro hac vice*) |
| David Schumann, CA Bar No. 223936 | Elizabeth L. Stameshkin (CA Bar 260865) (Admitted *pro hac vice*) |
| C. Maclain Wells, CA Bar No. 221609 | COOLEY LLP |
| Sam Kim, CA Bar No. 282582 | 3175 Hanover Street |
| Alexandra Fellowes, NY Bar No. 5015946 | Palo Alto, CA 94304 |
| Palani P. Rathinasamy, CA Bar No. 269852 | Telephone: (650) 843-5000 |
| Cliff Win, Jr., CA Bar No. 270517 | Email: |
| FOLIO LAW GROUP PLLC | hkeefe@cooley.com |
| 1200 Westlake Ave. N., Suite 809 | dchen@cooley.com |
| Seattle, WA 98109 | lstameshkin@cooley.com |
| Tel: (206) 880-1802 | |
| Email: | Phillip E. Morton (VA 71299) (Admitted *pro hac vice*) |
| stefan@foliolaw.com | COOLEY LLP |
| cris.leffler@foliolaw.com | 1299 Pennsylvania Ave. NW, Suite 700 |
| david.schumann@foliolaw.com | Washington, DC 20004 |
| maclain@foliolaw.com | Telephone: (202) 842-7800 |
| sam.kim@foliolaw.com | Email: pmorton@cooley.com |
| alexandra.fellowes@foliolaw.com | |
| palani@foliolaw.com | |
| cliff.win@foliolaw.com | |
| | |
| Joseph M. Abraham, TX Bar No. 24088879 | Deron R. Dacus (TX Bar #00790553) |
| Timothy F. Dewberry, TX Bar No. 24090074 | THE DACUS FIRM, P.C. |
| FOLIO LAW GROUP PLLC | 821 ESE Loop 323, Suite 430 |
| 13492 Research Blvd., Suite 120, No. 177 | Tyler, TX 75701 |
| Austin, TX 78750 | Telephone: (903) 705-1117 |
| Tel: (737) 234-0201 | ddacus@dacusfirm.com |
| Email: joseph.abraham@foliolaw.com | |
| timothy.dewberry@foliolaw.com | *Attorneys for Defendant Meta Platforms, Inc.* |

*Attorneys for Immersion Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Stefan Szpajda*
Stefan Szpajda
