IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IMMERSION CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23-cv-00623-ADA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| META PLATFORMS, INC., F/K/A | ) | |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT REGARDING SETTLEMENT STATUS

Plaintiff Immersion Corporation and Defendant Meta Platforms, Inc. jointly informed the Court on January 16, 2024, that they had reached an agreement in principle to resolve the above-captioned matter and its related proceedings, and requested a stay of case deadlines. Dkt. No. 148. On January 17, 2024, the Court granted the parties' motion, and ordered the parties to either voluntarily dismiss the proceedings or provide a status update concerning the parties expected timing regarding the same by January 31, 2024. On January 31, 2024, the parties informed the Court that they have been making progress in their negotiations, and expect to have a final agreement done by February 9, 2024.

The parties have now entered into a final agreement. The parties expect to be in a position to voluntarily dismiss the action by February 16, 2024. The parties respectfully request that the Court maintain the stay until such time.

1

Dated: February 9, 2024

Respectfully submitted,


/s/*Stefan Szpajda*

Stefan Szpajda, WA Bar No. 50106
Cristofer I. Leffler, WA Bar No. 35020
David Schumann, CA Bar No. 223936
C. Maclain Wells, CA Bar No. 221609
Sam Kim, CA Bar No. 282582
Alexandra Fellowes, NY Bar No. 5015946
Palani P. Rathinasamy, CA Bar No. 269852
Cliff Win, Jr., CA Bar No. 270517
FOLIO LAW GROUP PLLC
1200 Westlake Ave. N., Suite 809
Seattle, WA 98109
Tel: (206) 880-1802
Email:
   stefan@foliolaw.com
   cris.leffler@foliolaw.com
   david.schumann@foliolaw.com
   maclain@foliolaw.com
   sam.kim@foliolaw.com
   alexandra.fellowes@foliolaw.com
   palani@foliolaw.com
   cliff.win@foliolaw.com


Joseph M. Abraham, TX Bar No. 24088879
Timothy F. Dewberry, TX Bar No. 24090074
FOLIO LAW GROUP PLLC
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: (737) 234-0201
Email: joseph.abraham@foliolaw.com
   timothy.dewberry@foliolaw.com

*Attorneys for Immersion Corporation*


/s/*Phillip E. Morton*

Heidi L. Keefe (CA Bar 178960)
Dena Chen (CA Bar 223989) (Admitted *pro hac vice*)
Elizabeth L. Stameshkin (CA Bar 260865) (Admitted *pro hac vice*)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Email:
hkeefe@cooley.com
dchen@cooley.com
lstameshkin@cooley.com

Phillip E. Morton (VA 71299) (Admitted *pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Email: pmorton@cooley.com


Deron R. Dacus (TX Bar #00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
ddacus@dacusfirm.com

*Attorneys for Defendant Meta Platforms, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 9, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/*Stefan Szpajda*
Stefan Szpajda
